IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE RUMUALDO-GALLARDO,<br><br>Defendant. | 8:22CR176<br><br>ORDER |

This matter is before the court on the motion of Assistant Federal Public Defender Michael J. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Jose Rumualdo-Gallardo. (Filing No. 32). Michael J. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Michael J. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 32) is granted.

Joseph S. Risko, 17525 Arbor Street, Omaha, NE 68130, (402) 934-5500, is appointed to represent Jose Rumualdo-Gallardo for the balance of these proceedings pursuant to the Criminal Justice Act. Michael J. Hansen shall forthwith provide Joseph S. Risko with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Hansen which are material to Jose Rumualdo-Gallardo's defense.

The clerk shall provide a copy of this order to Joseph S. Risko and the defendant.

**IT IS SO ORDERED.**

Dated this 3rd day of August, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge